COODY *v.* THE STATE.

LUMPKIN, J. 1. It will not require a new trial that the presiding judge failed to charge the jury that they might consider the state of the feelings of the witnesses for the prosecution toward the accused; there being no request to charge on that subject.

2. Considering the note of the presiding judge in connection with the grounds of the motion for a new trial, no error of law requiring a new trial was committed; and the evidence was sufficient to support the verdict. *Judgment affirmed. All the Justices concur.*

Submitted April 17,—Decided May 11, 1906.

Indictment for misdemeanor. Before Judge Reagan. Butts superior court. May 10, 1906.

*Ray & Ray,* for plaintiff in error.

*O. H. B. Bloodworth, solicitor-general,* contra.